UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. MJ10-65 |
| v. | ) |
| BRIAN ARD, | ) DETENTION ORDER |
| Defendant. | ) |

Offenses charged:

    Count 1:    Smuggling Aliens for Gain, in violation of 18 U.S.C. § 1324(a)(2)(B)(ii)

    Count 2:    Transporting Illegal Aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii)

Date of Detention Hearing:    March 10, 2010.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has a serious on-going substance abuse problem.

    (2)    Defendant has no stable residence and no employment.

    (3)    Defendant has a substantial history of failures to appear.

    (4)    Defendant has a substantial history of failing to comply with court orders, indicating an unwillingness or inability to comply with supervision.

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

(5) There are no conditions or combination of conditions other than detention that will reasonably ensure the appearance of the defendant or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of March, 2010.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge